UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                      :

PACER FEE EXEMPTION            :    Misc. No. 24-3009

                                            :

## ORDER

AND NOW, this 9th day of October, 2024, upon consideration of the request of Andrea Dobin, Chapter 7 Panel Trustee, for an exemption from the Public Access to Court Electronic Records (PACER) Fee Schedule, AND this Court finding that (1) the request comes from a class of individuals (i.e., bankruptcy case trustees) to whom the Court may grant an exemption; (2) the exemption is necessary to avoid unnecessary administrative burdens; (3) the exemption is for a proper duration and monitored for proper use; and (4) the user have agreed to use the information collected only for the efficient administration of her duties as a Panel Trustee.

It is hereby **ORDERED** that the request is **GRANTED**. A waiver of PACER fees for accessing documents of record shall be effected for the benefit of Andrea Dobin in her capacity as a Panel Trustee for the Eastern District of Pennsylvania Bankruptcy Court under PACER Account No. 2502505, beginning on August 1, 2024, and continuing for the duration of her capacity as a Panel Trustee.

Hon. Ashely M. Chan, Chief Bankruptcy Judge

cc:    Frederic J. Baker, Assistant US Trustee
       PACER Service Center

(Updated: 10/9/2024)